```
McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB
Assistant U.S. Attorney
Federal Building
2500 Tulare St., Ste 4401
Fresno, California 93721
Telephone:  (559) 497-4036

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LATA D. SINGH,<br><br>           Plaintiff,<br><br>     v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>           Defendant. | 1:06-CV-0648 DLB<br><br>STIPULATION AND ORDER<br>FOR REMAND PURSUANT TO<br>SENTENCE FOUR OF 42 U.S.C.<br>§ 405(g), and<br><br>REQUEST FOR ENTRY OF JUDGMENT<br>IN FAVOR OF PLAINTIFF AND<br>AGAINST DEFENDANT |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Counsel will direct an Administrative Law Judge to take the following action:

1. Update and further develop the medical evidence; and,

2. Evaluate the opinion of treating physician Patrick Rhoades, M.D.

1  The parties further request that the Clerk of the Court be
2  directed to enter a final judgment in favor of Plaintiff and against
3  Defendant, Jo Ann B. Barnhart, Commissioner of Social Security,
4  reversing the final decision of the Commissioner.

                                    Respectfully submitted,

Dated: January 9, 2007              /s/ Barbara M. Rizzo
                                    (As authorized via facsimile)
                                    BARBARA M. RIZZO
                                    Attorney for Plaintiff

Dated: January 10, 2007             McGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Kimberly A. Gaab
                                    KIMBERLY A. GAAB
                                    Assistant U.S. Attorney

    IT IS SO ORDERED.

    **Dated:   January 11, 2007**              **/s/ Dennis L. Beck**
3b142a                                      UNITED STATES MAGISTRATE JUDGE